Argued and submitted September 8, 1997, decision of Court of Appeals affirmed by an equally divided court February 11, 1999

David J. STEELE,
*Respondent on Review,*

*v.*

EMPLOYMENT DEPARTMENT,
*Petitioner on Review,*
*and*

FARIS SHEET METAL,
*Respondent.*

(EAB 95-AB-877; CA A89252; SC S43737)

974 P2d 207

Jas. Adams, Assistant Attorney General, Salem, argued the cause for petitioner on review. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Gerald Brask, Jr., Portland, argued the cause and filed the brief for respondent on review.

Before Carson, Chief Justice, and Gillette, Van Hoomissen, and Durham, Justices.**

MEMORANDUM OPINION

The decision of the Court of Appeals is affirmed by an equally divided court.

** Fadeley, J., retired January 31, 1998, and did not participate in this decision; Graber, J., resigned March 31, 1998; Kulongoski, J., did not participate in the consideration or decision of this case.